Opinion issued December 17, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00125-CV






JAVANDA NELSON, Appellant


V.


THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE
BANK, NATIONAL ASSOCIATION, Appellee






On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 930910






MEMORANDUM OPINION Appellant Javanda Nelson has failed to timely file a brief. See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Massengale.